USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rios et al.,

            Plaintiffs,

–v–

Micmac Records et al.,

            Defendants.

22-cv-2008 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held a scheduling conference in this matter today. As indicated at the conference, Plaintiffs' Motion to Remand shall be briefed on the following schedule: Defendants shall file any opposition to the motion by April 11, 2022, and Plaintiffs shall file any reply by April 15, 2022.

    Also as discussed at the conference, the parties are ordered to confer and, by March 30, 2022, submit a joint letter notifying the Court whether they stipulate to a bond and to extending the state court Temporary Restraining Order until the Motion to Remand is resolved. The letter should also confirm or propose modifications to the Motion to Remand briefing schedule. If the parties reach an agreement, they shall submit a proposed stipulation for the Court to review and sign.

    As indicated on the record, the Court continues the stay of Defendants' duties to oppose the pending motions filed in state court and to respond to the complaint.

SO ORDERED.

Dated: March 23, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge