UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rios et al., <br><br> Plaintiff, <br><br> –v– <br><br> Micmac Records, Inc. et al., <br><br> Defendants. | 22-cv-2008 (AJN) <br><br> ORDER |

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court is in receipt of the parties' joint letter regarding their respective positions on bond (Dkt. No. 19). To extend the TRO until the resolution of the Motion to Remand, the Court would impose a bond of $25,000. The parties should notify the Court whether it agrees to this proposal by Friday, April 8, 2022.

SO ORDERED.

Dated: April 4, 2022
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1