UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA RIOS, MILDRED RIOS, RIOS
SISTERS, AN UNINCORPORATED
PARTNERSHIP,

                        Plaintiffs,

          -against-

MICMAC RECORDS, INC, MICKEY GARCIA,
PHASE ONE NETWORK, INC., FRANK
BABAR, AL JANKOWSKY D/B/A ONNA ROLL
RECORDS D/B/A ONNA ROLL RECORDS AND
MANAGEMENT, JOHN DOE 1-10 and JANE
DOE 1-10,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/16/2023___

22 Civ. 2008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed case management plan. ECF No. 49-2. The parties must include dates certain, *i.e.*, "May 16, 2023," for discovery deadlines. *Cf. id.* ¶ 5 ("180 days hereof"); *see also id.* ¶¶ 3–4, 6–7(a). The parties have also requested more than 120 days for fact discovery, *id.* ¶ 5, and more than 45 days for expert discovery, *id.* ¶ 7(a), without providing a justification for extension. Finally, Defendants' request for a stay of discovery in ¶ 13 is improper and is, therefore, DENIED. The parties are reminded that the Court shall not stay discovery pending its decision on any motion. *See id.* ¶ 5. Accordingly, by **May 22, 2023**, the parties shall submit a revised case management plan.

       SO ORDERED.

Dated: May 16, 2023
      New York, New York

                                     _____
                                       ANALISA TORRES
                             United States District Judge