```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AWILDA RIOS, MILDRED RIOS, RIOS
SISTERS, AN UNINCORPORATED
PARTNERSHIP,

                Plaintiffs,

-against-

MICMAC RECORDS, INC., MICKEY GARCIA,
PHASE ONE NETWORK, INC., FRANK
BABAR, AL JANKOWSKY D/B/A ONNA ROLL
RECORDS AND MANAGEMENT, JOHN DOE
1-10 and JANE DOE 1-10,

                Defendants.

22 Civ. 2008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised by Magistrate Judge Ona T. Wang that all claims asserted herein have been settled in principle. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated. If no party has moved to reopen within thirty days, the above-entitled action is dismissed with prejudice.

      Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are vacated.

      SO ORDERED.

Dated: September 21, 2023
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge