```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA RIOS, MILDRED RIOS, RIOS
SISTERS, AN UNINCORPORATED
PARTNERSHIP,

                       Plaintiffs,

-against-

MICMAC RECORDS, INC., MICKEY GARCIA,
PHASE ONE NETWORK, INC., FRANK
BABAR, AL JANKOWSKY D/B/A ONNA ROLL
RECORDS AND MANAGEMENT, JOHN DOE
1-10 and JANE DOE 1-10,

                       Defendants.

22 Civ. 2008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the proposed stipulation of dismissal filed on November 6, 2023. *See* ECF No. 82. Paragraph 2 refers to a matter that was not before the Court, and should not be included in a stipulation of dismissal under Federal Rule of Civil Procedure 41(A)(2). Further, the Court will not retain jurisdiction over the instant case beyond one year from the date of dismissal.

      Accordingly, by **November 10, 2023**, the parties shall submit a revised stipulation of dismissal.

      SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge