```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/22/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA RIOS, MILDRED RIOS, RIOS SISTERS, AN UNINCORPORATED PARTNERSHIP,

                Plaintiffs,

-against-

MICMAC RECORDS, INC., MICKEY GARCIA, PHASE ONE NETWORK, INC., FRANK BABAR, AL JANKOWSKY D/B/A ONNA ROLL RECORDS AND MANAGEMENT, JOHN DOE 1-10 and JANE DOE 1-10,

                Defendants.

22 Civ. 2008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to terminate all pending motions and deadlines in this matter. By **January 30, 2024**, Plaintiffs shall file a letter with the Court, indicating how they wish to proceed against the Defendants with whom they did not execute a stipulation of voluntary dismissal.

    SO ORDERED.

Dated: January 22, 2024
       New York, New York

                                                   ANALISA TORRES
                                         United States District Judge