UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AWILDA RIOS, MILDRED RIOS, RIOS SISTERS, AN UNINCORPORATED PARTNERSHIP,

                Plaintiffs,

-against-

MICMAC RECORDS, INC., MICKEY GARCIA, PHASE ONE NETWORK, INC., FRANK BABAR, AL JANKOWSKY D/B/A ONNA ROLL RECORDS AND MANAGEMENT, JOHN DOE 1-10 and JANE DOE 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2024_

22 Civ. 2008 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 22, 2024, the Court ordered Plaintiffs to submit a letter by January 30, 2024, indicating how they wish to proceed against the Defendants with whom they did not execute a stipulation of voluntary dismissal. ECF No. 86. No submission, however, was received.

    Accordingly, Plaintiffs are directed to file such a letter by **February 14, 2024**. Plaintiffs are reminded that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

    SO ORDERED.

Dated: January 31, 2024
       New York, New York

                              ANALISA TORRES
                          United States District Judge